UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO J TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S CORPORATE SERVICES, INC.,<br><br>    Defendant. | Case No. 15-cv-04893-BLF<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>[Re: ECF 15] |

Before the Court is Plaintiff's Notice of Settlement, which informs the Court that the parties anticipate having a finalized settlement agreement in 30 days. Accordingly, the Court VACATES all dates currently set for this case and ORDERS Plaintiff to submit a status update by January 21, 2016.

**IT IS SO ORDERED.**

Dated: December 21, 2015

                                                                     _____<br>
                                                                     BETH LABSON FREEMAN<br>
                                                                     United States District Judge