# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO J TORRES,<br><br>  Plaintiff,<br><br>  v.<br><br>MACY'S CORPORATE SERVICES, INC.,<br><br>  Defendant. | Case No. 15-cv-04893-BLF<br><br>**SECOND ORDER RE NOTICE OF SETTLEMENT**<br><br>[Re: ECF 15, 16] |

Plaintiff filed a Notice of Settlement on December 21, 2015, informing the Court that the parties anticipated finalizing a settlement agreement within 30 days. ECF 15. The Court issued an Order Re Notice of Dismissal the same day, directing the parties to submit a status update by January 21, 2016. ECF 16. The parties have failed to do so. Accordingly, the Court ORDERS the parties to provide a status update by no later than February 1, 2016. Dismissal of the case will be considered an adequate response to this Order.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge