Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-205-2466
Stuart@pricelawgroup.com
Attorney for Plaintiff,
Francisco J. Torres

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. TORRES,<br><br>   Plaintiff,<br><br>vs.<br><br><br>MACY'S CORPORATE SERVICES, INC.,<br><br>   Defendant. | **Case No.: 5:15-cv-04893-HRL**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff Francisco J. Torres, by and through his attorneys, Price Law Group, APC, hereby voluntarily dismiss the above-entitled case with prejudice.


RESPECTFULLY SUBMITTED,

  Dated: January 26, 2016       By:*/s/ Stuart Price*
                     Stuart Price, Esq.
                     15760 Ventura Boulevard, Suite 800
                     Encino, CA 91436
                     Tel: 818-907-2030
                     Stuart@pricelawgroup.com